The People of the State of Illinois, defendant in error, v. Julia Rector, plaintiff in error. Gen. No. 27,843.

Prosecution for participating in an obscene show. Defendant found guilty and fined. Error to the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed February 19, 1923.

Maurice J. Slater, for plaintiff in error. Robert E. Crowe, for defendant in error; Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

George Vogel and Birdie Vogel, defendants in error, v. Indemnity Company of America, plaintiff in error. Gen. No. 27,864.

Action on in..urance policy against loss by theft of automobile. Judgment for plaintiffs. Error to the Municipal Court of Chicago; the Hon. John Greenway, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed February 19, 1923.

Oscar A. Knittel, for plaintiff in error. E. R. Hartigan, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Mamie Dolan, plaintiff in error. Gen. No. 27,892.

Prosecution for petty larceny. Defendant found guilty and sentenced to pay a fine and serve a year in house of correction. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed February 19, 1923.

Cantwell & Cantwell, for plaintiff in error; Thomas E. Swanson, of counsel. Robert E. Crowe, for defendant in error; Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

James F. Baldwin, appellee, v. Yellow Cab Company, appellant. Gen. No. 27,961.

Suit for damage to automobile resulting from collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed March 13, 1923.

Costello & McGreaham, for appellant. Holdom, Pratt & Zeiss, for appellee; Walter J. Brewer, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Carl H. Lehman, appellee, v. J. W. Young, appellant. Gen. No. 28,100.

Suit for damage to a plate-glass window resulting from collisions between an automobile and motorcycle, whereby the latter was thrown through the window. Joint judgment against both drivers. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed with finding of fact. Opinion filed March 13, 1923.

John A. Bloomingston, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.